FILED
July 18, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05cr128 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| Blanche Patricia Hassall, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Blanche Patricia Hassall Case No. 2:05cr128 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond

            ___    Corporate Surety Bail Bond

    __X__    (Other) PTS conditions/supervision

Issued at Sacramento, CA on July 18, 2005 at 2:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge