**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 649-2006

ATTORNEY FOR DEFENDANT
BLANCHE PATRICIA HASSALL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-05-128-LKK |
| PLAINTIFF, | ORDER |
| v. | |
| BLANCHE PATRICIA HASSALL, | |
| DEFENDANT. | |

    The status conference in the above entitled case came on before this Court on Tuesday, July 19, 2005, at 9:30 a.m.. Present were the following: Mr. Steve Lapham, representing the government of the United States, Mr. James Kalfsbeek, at this hearing appearing in pro per, Mr. James Greiner representing defendant Blanche Patricia Hassal, Mr. Marcus Merchasin representing Amy Polnoff, Mr. Marcus Merchasin, as a friend of the Court, representing David Polnoff, Ms. Candace Fry representing defendant Louise Renfro, and Mr. Joseph Wiseman representing defendant Ms. Donna Rowe also known as Donna Willis. Not present were attorney Mr. Robert Peters (Mr. Peters had informed the government that he was in a trial in State Court and would be unable to attend the status conference and Mr. Greiner made a special appearance for Mr. Peters) and his client Mr. Sherwood T. Rodrigues was not present in Court.

    The Court initially began the Farretta Inquiry with defendant Kalfsbeek, but stopped based upon the defendant's request. Defendant Kalfsbeek is scheduled for a further status conference on

1

August 2, 2005, at 9:30 a.m. before Judge Lawrence K. Karlton, In Courtroom 4, to determine the status of counsel.

The trial confirmation date of August 30, 2005 and trial date of September 13, 2005 are vacated. The case is declared complex by the Court due to the volume of discovery the government states on the record.

Defendant Sherwood Rodrigues is placed on calendar on Tuesday, July 26, 2005, at 9:30 a.m. before Judge Lawrence K. Karlton, in Courtroom 4, for further status.

Defendant David Polnoff is placed on calendar on Tuesday, July 26, 2005, at 9:30 a.m. before Judge Lawrence K. Karlton, in Courtroom 4, for further status to determine the status of counsel.

Further status for all defendants is set for September 7, 2005, at 9:30 a,m, before Judge Lawrence K. Karlton, in Courtroom 4.

The Court grants the motion of Defendant Hassall, joined into by defendants Renfro and Rowe, to exclude time until the further status conference under the Speedy Trial Act and the Court grants the motion making the finding on the record the case is complex due to the volume of discovery in the case.

**IT IS SO ORDERED.**

**DATED:     July 21, 2005**        /s/ Lawrence K. Karlton
**HONORABLE LAWRENCE K. KARLTON**
**Senior District Court Judge**