```
LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> BLANCHE PATRICIA HASSALL,     )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. S-05-128 LKK<br><br>ORDER DISMISSING SUPERCEDING<br>INDICTMENT AS TO BLANCHE<br>PATRICIA HASSALL ONLY |

   Based on the government's motion to dismiss the indictment against Blanche Patricia Hassall,

   IT IS HEREBY ORDERED that the above-captioned indictment and superceding indictment be and hereby are dismissed as to Blanche Patricia Hassall only.

DATED: May 8, 2009

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```